IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROY HENRY, JR.**                                                                                                  **PLAINTIFF**

**VS.**                                          **CASE NO. 4:15CV00140 SWW/HDY**

**PULASKI COUNTY REGIONAL**
**DETENTION FACILITY, DOC HOLIDAY,**
**DR. CARL L. JOHNSON, ED STAFFORD, and**
**PROSECUTOR/DISTRICT ATTORNEY OF**
**PULASKI COUNTY**                                                                                              **DEFENDANTS**

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 9th day of April, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE