IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

ROY HENRY, JR.                                                                                          PLAINTIFF

V.                                    NO: 4:15CV00140 SWW/JWC

DOC HOLIDAY *et al*                                                                              DEFENDANTS

### ORDER

Plaintiff filed a *pro se* complaint on March 10, 2015, and service was ordered. On March 27, 2015, the summons was returned unexecuted as to Defendant Carl L. Johnson (docket entry #7). Accordingly, Plaintiff is directed to provide an address at which Johnson may be served. Plaintiff's failure to do so within 30 days may result in the recommended dismissal of his claims against Johnson.

IT IS SO ORDERED this 10th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE