**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ROY HENRY, JR.                                                                                          PLAINTIFF

V.                                        NO: 4:15CV00140 SWW/PSH

CHARLES HOLLADAY *et al*                                                                    DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed.[1] After carefully considering the objections[2] and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.       Defendant Carl L. Johnson's motion for summary judgment and his motion to adopt (Doc. Nos. 31 & 36) are GRANTED, and plaintiff's claims against Johnson are DISMISSED WITHOUT PREJUDICE.

2.       Defendant Charles Holladay's motion for summary judgment (Doc. No. 33) is GRANTED, and plaintiff's claims against Holladay are DISMISSED WITHOUT PREJUDICE.

DATED this 12th day of April, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a pleading entitled "Motion for Reconsideration," docket no. 43, which the Court interprets as plaintiff's objections to the proposed findings and recommended disposition.

[2] Plaintiff appears to raise for the first time in this action a claim that he was denied his right to practice his religion.