**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ROY HENRY, JR.                                                                                    PLAINTIFF

V.                                              NO: 4:15CV00140 SWW

CHARLES HOLLADAY *et al*                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed.  After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

1.      The default entered on September 9, 2016 (Doc. No. 52) is set aside.

2.      Plaintiff Roy Henry, Jr.'s motion for default judgment (Doc. No. 55) is DENIED.

3.      Henry's complaint is dismissed without prejudice with respect to defendant Stafford.

DATED this 3rd day of November, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE