# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

ROY HENRY, JR.                                                                                          PLAINTIFF

V.                                        NO: 4:15CV00140 SWW

CHARLES HOLLADAY *et al*                                                              DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, and the order entered in this matter on April 12, 2016, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 3rd day of November, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE